Certificate Number: 05781-TXS-DE-041272535

Bankruptcy Case Number: 26-33716



05781-TXS-DE-041272535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2026, at 1:07 o'clock PM PDT, Katherine Sanders completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 31, 2026                          By:      /s/Allison M Geving

                                                                Name:   Allison M Geving

                                                                Title:    President